IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM A. POU,<br><br>        Plaintiff,<br><br>v.<br><br>JOE W. STECHER, Jointly and Severally,<br>BRUCE GILLIAN, Jointly and Severally,<br>ROBERT L. HOLMAN, Jointly and<br>Severally, PATRICK O'MEARA, Jointly<br>and Severally, and RONALD D.<br>LAHNERS, Jointly and Severally,<br><br>        Defendants. | 8:09CV210<br><br>MEMORANDUM AND ORDER |

      On June 30, 2009, I entered an order which directed the plaintiff to either tender the $350 filing fee to the clerk of the court or submit a request to proceed in forma pauperis and an affidavit of poverty in support of that request. That was to be completed by July 23. Neither payment nor a request to proceed in forma pauperis with an affidavit of poverty has been received. Instead, I have received a bundle of papers labeled "COMMERCIAL NOTICE OF AMENDED COMPLAINT BILL IN EQUITY," "SUMMONS IN A CIVIL CASE," "NOTICE" and one without a label but carries at the top of the first page"Certified Mail No. # 7006 2150 0001 4095 0150." The "NOTICE" and the one without a label but carries at the top of the first page "Certified Mail No. # 7006 2150 0001 4095 0150" carry the admonition, "PRIVATE/SENSITIVE - NOT FOR PUBLIC DISCLOSURE ***** DO NOT FILE ******." The identified documents have been filed, except for the "NOTICE" and the one without a label but carries at the top of the first page "Certified Mail No. #7006 2150 0001 4095 0150."

-2-

My order of June 30, 2009, remains in effect. Lack of payment of $350 filing fee or of a request to proceed in forma pauperis and an affidavit of poverty in support of it by July 23, 2009, will result in dismissal of the matter without further notice.

Dated July 15, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge