IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM A. POU, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV210 |
| | ) | |
| v. | ) | |
| | ) | |
| JOE W. STECHER, Jointly and Severally, | ) | ORDER OF DISMISSAL WITHOUT |
| BRUCE GILLIAN, Jointly and Severally, | ) | PREJUDICE |
| ROBERT L. HOLMAN, Jointly and | ) | |
| Severally, PATRICK O'MEARA, Jointly | ) | |
| and Severally, and RONALD D. | ) | |
| LAHNERS, Jointly and Severally, | ) | |
| | ) | |
| Defendants. | ) | |

No payment of a filing fee in the amount of $350 and no request to proceed in forma pauperis and an affidavit of poverty in support of it has been received to date in this case. In accordance with my order dated July 15, 2009,

IT IS ORDERED that the case is dismissed without prejudice.

Dated July 28, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge