IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM A. POU, | ) | 8:09CV210 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOE STECHER, Jointly and | ) | **MEMORANDUM** |
| Severally, BRUCE GILLIAN, Jointly | ) | **AND ORDER** |
| and Severally, ROBERT L. | ) | |
| HOLMAN, Jointly and Severally, | ) | |
| PATRICK O'MEARA, Jointly and | ) | |
| Severally, and RONALD D. | ) | |
| LAHNERS, Jointly and Severally, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The court dismissed this matter on July 28, 2009. (Filing Nos. 16 and 17.) Both prior to, and since, the dismissal, the plaintiff has repeatedly sent various letters, notices, and other documents to the Clerk of the Court and directly to the undersigned district judge. It is inappropriate for a party to send documents directly to the assigned district judge. The court will therefore direct the Clerk of the Court to file these documents in the court's official records. The plaintiff shall not send any additional documents to the undersigned district judge. If the plaintiff would like to submit a document to the court, he shall send it to the Clerk of the Court for filing. In the event that the plaintiff ignores this warning, sanctions will be imposed, including restrictions on the filing of documents.

In addition, the documents the plaintiff submitted request that the undersigned district judge serve as a "fiduciary" or "trustee" with respect to the plaintiff's finances and this matter. The undersigned district judge has no fiduciary responsibility to the plaintiff, nor would it be appropriate to serve as a "fiduciary" or "trustee" for the

plaintiff in this matter.

  IT IS THEREFORE ORDERED that:

  1. The Clerk of the Court is directed to file the documents received on this date by the undersigned district judge in this matter.

  2. The plaintiff shall not send any additional documents directly to the undersigned district judge. Failure to comply with this Memorandum and Order will result in additional sanctions.

  3. The undersigned district judge has no fiduciary relationship or responsibility for the plaintiff's financial affairs or this matter.

  Dated September 14, 2009.

        BY THE COURT

        s/ Warren K. Urbom
        United States Senior District Judge